Fill in this information to identify the case:

Debtor Name  Pleasant Heights, Inc.

United States Bankruptcy Court for the: District of New Jersey

Case number:  24-11146

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month:  March, 2024

Date report filed:  5/6/2024   _CC_
MM / DD / YYYY

Line of business:  N/A

NAISC code:  53

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Charlotte de Lyra Collaso, President

Original signature of responsible party  _Charlotte de Lyra Collaso_

Printed name of responsible party  Charlotte de Lyra Collaso

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☑ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C            **Monthly Operating Report for Small Business Under Chapter 11**            page **1**

Debtor Name __Pleasant Heights, Inc._____          Case number __24-11146_____

17. Have you paid any bills you owed before you filed bankruptcy?                    ❑  ☑  ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑  ☑  ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                              $ _99.80_

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                          $ _4,406.87_

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                       - $ _4,340.02_

22. **Net cash flow**                                        + $ _66.85_

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**                          = $ _66.85_

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                         $ _____

    *(Exhibit E)*

Debtor Name Pleasant Heights, Inc.                     Case number 24-11146

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                              $ *N/A*

   (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?          *N/A*

27. What is the number of employees as of the date of this monthly report?   *N/A*

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 0.00

30. How much have you paid this month in other professional fees?          $ *0.00*

31. How much have you paid in total other professional fees since filing the case?          $ *0.00*

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
| --- | --- | --- | --- | --- | --- |
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 4,406.87 | — | $ 4,406.87 | = | $ 0 |
| 33. **Cash disbursements** | $ 4,340.02 | — | $ 4,340.04 | = | $ 0 |
| 34. **Net cash flow** | $ 66.85 | — | $ 66.85 | = | $ 0 |

35. Total projected cash receipts for the next month:          *Same*   $ _____

36. Total projected cash disbursements for the next month:          - $ _____

37. Total projected net cash flow for the next month:          = $ _____

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page **3**

Debtor Name  Pleasant Heights, Inc.                                    Case number 24-11146

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**                    page **4**

# Lakeland Bank®

*We're simplifying banking.*

250 Oak Ridge Road
Oak Ridge, NJ 07438

**RETURN SERVICE REQUESTED**

>009724 5552302 0001 93038 10Z

00258061
MSP 503

PLEASANT HEIGHTS INC
DEBTOR IN POSSESSION 02/14/2024
CASE # 24-11146- SLM
CASH ACCOUNT
498 STATE ROUTE 94 S
NEWTON NJ 07860-5025

**Statement Dated 03/29/2024**

Page 1 of 2

## Managing Your Accounts

| | | |
|---|---|---|
|  | Customer Service | 866.224.1379 |
|  Email | support@lakelandbank.com |
| Website | LakelandBank.com |



## Account Statement

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | XXXXXX3515 | $66.85 |

# SMALL BUSINESS CHECKING-XXXXXX3515

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/07/2024 | Beginning Balance | $0.00 |
| | 2 Credits This Period | $856.87 |
| | 7 Debits This Period | $790.02 |
| 03/29/2024 | Ending Balance | $66.85 |

## Deposits

| Date | Description | Amount |
|---|---|---|
| 03/07/2024 | DEPOSIT | $656.87 |
| 03/18/2024 | DEPOSIT | $200.00 |
| | | 2 item(s) totaling $856.87 |

## Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 03/08/2024 | XX8398 POS PURCHASE 03/07 STAPLES 00 NEWTON NJ 42919634 565160 | $3.33 |
| 03/11/2024 | XX8398 POS PURCHASE 03/08 STAPLES 00 NEWTON NJ 42811988 986945 | $14.58 |
| 03/11/2024 | XX8398 POS RECURRING 03/10 NETFLIX COM LOS GATOS CA 003 407008781359 | $24.51 |
| 03/13/2024 | HARLAND CLARKE CHK ORDERS 16LA58870268400 | $95.59 |
| 03/13/2024 | HARLAND CLARKE CHK ORDERS 16LA58860301200 | $179.68 |
| 03/13/2024 | Travelers PER INSUR BPITGEXXXXX6528 | $437.33 |
| | | 6 item(s) totaling $755.02 |

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 03/15/2024 | CHK# 00 AMT $437.33, NSF PAID ITEM FEE | $35.00 |
| | | 1 item(s) totaling $35.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/07/2024 | $656.87 | 03/11/2024 | $614.45 | 03/15/2024 | -$133.15 |
| 03/08/2024 | $653.54 | 03/13/2024 | -$98.15 | 03/18/2024 | $66.85 |





# Lakeland Bank®

*We're simplifying banking.®*

250 Oak Ridge Road
Oak Ridge, NJ 07438

**RETURN SERVICE REQUESTED**

>000231 5274675 0001 93038 10Z

PLEASANT HEIGHTS INC
498 STATE ROUTE 94 S
NEWTON NJ 07860-5025

## Statement Dated 03/08/2024

Page 1 of 4

### Managing Your Accounts

Customer Service 866.224.1379

Email          support@lakelandbank.com

Website        LakelandBank.com

## Final Statement

### Account Statement

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | XXXXXX6585 | $0.00 |

## SMALL BUSINESS CHECKING-XXXXXX6585

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2024 | Beginning Balance | $99.80 |
| | 4 Credits This Period | $3,550.00 |
| | 11 Debits This Period | $3,649.80 |
| 03/08/2024 | Ending Balance | $0.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 03/01/2024 | DEPOSIT | $800.00 |
| 03/04/2024 | DEPOSIT | $800.00 |
| 03/04/2024 | DEPOSIT | $975.00 |
| 03/05/2024 | DEPOSIT | $975.00 |
| | | 4 item(s) totaling $3,550.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 03/05/2024 | XX8398 POS PURCHASE 03/04 AMAZON.COM* RN2FS SEATTLE WA 00000000 K7K5U8 | $103.78 |
| 03/05/2024 | XX8398 POS PURCHASE 03/02 FAIRCLOUGH FUEL NEWTON NJ 87100243 067716 | $538.50 |
| 03/05/2024 | FIRSTENERGY OPCO FE ECHECK 100139024432 | $737.35 |
| 03/06/2024 | XX8398 POS PURCHASE 03/05 STAPLES 00 NEWTON NJ 42521168 790781 | $5.32 |
| 03/07/2024 | WITHDRAWAL | $656.87 |
| 03/07/2024 | XX8398 POS PURCHASE 03/06 AMAZON.COM* RZ2IB SEATTLE WA 00000101 1BKHZOAQW3OW | $70.36 |
| 03/07/2024 | XX8398 POS RECURRING 03/06 WASTE MGMT WM EZ HOUSTON TX 87292410 391748 | $157.62 |
| | | 7 item(s) totaling $2,269.80 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 03/07/2024 | Closing Withdrawal | $0.00 |
| | | 1 item(s) totaling $0.00 |



 MEMBER FDIC — EQUAL HOUSING LENDER

*Stay Connected*  @LakelandBank

## SMALL BUSINESS CHECKING-XXXXXX6585 (continued)

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2048 | 03/07/2024 | $500.00 | 2049 | 03/07/2024 | $580.00 | 2071* | 03/06/2024 | $300.00 |

* Indicates skipped check number                                                                                       3 item(s) totaling $1,380.00

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/01/2024 | $899.80 | 03/05/2024 | $2,270.17 | 03/07/2024 | $0.00 |
| 03/04/2024 | $2,674.80 | 03/06/2024 | $1,964.85 | | |





#0000                  $656.87        #2048              $500.00        #2049              $580.00

#2071                  $300.00



## RECONCILEMENT OF ACCOUNT

1. All entries appearing on this statement that have not been entered in your checkbook should be entered before proceeding with the reconcilement of your account.

2. Check off on the stubs of your checkbook each of the checks paid by the bank and make a list of the numbers and amounts of those still outstanding in the space provided.

3. Make sure that other charges or deductions shown on this statement have been subtracted from your checkbook balance and that all deposits (and other credit items, if any) have been added.

| RECONCILEMENT FORM | | | | | CHECKS OUTSTANDING | | |
|---|---|---|---|---|---|---|---|
| | | | | | NUMBER | AMOUNT | |
| BANK BALANCE SHOWN ON THIS STATEMENT $ | | | | | | | |
| ADD DEPOSITS NOT CREDITED ON THIS STATEMENT (IF ANY) $ | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL $ | | | | | | | |
| DEDUCT CHECKS OUTSTANDING $ | | | | | | | |
| YOUR CHECKBOOK SHOULD SHOW THIS LATEST BALANCE $ | | | | | TOTAL $ | | |

### FINANCE CHARGE

The **FINANCE CHARGE** begins the date each advance (loan) is posted to your account at the **DAILY PERIODIC RATE** shown on the front of this statement. You can calculate the **FINANCE CHARGE** on your account by applying the **DAILY PERIODIC RATE** to the daily balance of your account. To get the daily balance, take the beginning balance of your account each day, add any new advances (loans) and subtract any payments or credits and unpaid **FINANCE CHARGES**. The **FINANCE CHARGE** for each month is totaled monthly, on the monthly billing date, by adding up to the daily interest charges for the prior period.

#### In Case of Errors or Questions About Your Bill (Regulation Z – Consumer Accounts Only)

If you think your bill is wrong, or if you need more information about the transaction on your bill, write us on a separate sheet at the address shown on your bill, as soon as possible. We must hear from you no later than **60** days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

**Under New Jersey State Law** this statement represents an accounting between the Bank and you. If there is an error in it, call it to the Bank's attention promptly in writing, at the address shown on the front of this statement. Failure to do so **within 3 months** from the date of this statement may bar your right to have the error corrected.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

#### In Case of Errors or Questions About Your Electronic Transfers (Regulation E – Consumer Accounts Only)

Telephone us at 1-866-224-1379, or write us at the address shown on the front of your statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PLEASE NOTIFY US OF ANY CHANGE IN ADDRESS.**