*Pleasant Heights, Inc.*
*Case #24-11146 SLM*

**Bankruptcy Rule D.N.J. LBR 2016-1(a)(2)(D) Statement**

The Debtor, Pleasant Heights, Inc. ("Debtor") is a New Jersey Corporation and is 66 & 2/3% owned by Charlotte Collaso who also serves as President. 33 & 1/3 is owned by David Collaso who is the son of Charlotte Collaso. Debtor owns real property located at 498-500 Rt. 94 S, Fredon, NJ 07860 (Block 1602 - Lot 3 and Lot 3.03B ("Property"). One Lot, which is encumbered by a mortgage, consists of a single-family residence in which Charlotte Collaso resides. The unencumbered lot is a tree farm which does not generate any income but provides tax relief to the Debtor. The Collaso family through the Debtor has owned the Property for close to 70 years, taking title back on November 10, 1956.

On February 6, 2024 ("Petition Date") , the Debtor filed a voluntary petition for relief under Chapter 11 (Subchapter V) of the United States Bankruptcy Code. The bankruptcy was filed as an emergency because the Debtor was facing the loss of the Property by the Sussex County Sheriff on February 7, 2024, as part of the pending mortgage foreclosure by Bank of New York, PHH as Servicer ("PHH Mortgage" or "PHH") pending in the Superior Court of New Jersey, Sussex County, Chancery Division (Docket #F-1072-17). This Chapter 11 case is pending in the United States Bankruptcy Court, District of New Jersey (Newark Vicinage).

Since the filing the Debtor has continued to operate its business and manage its affairs as a debtor in possession under sections 1107(a) and 1108 of the Bankruptcy Code. Since the Petition Date, Debtor has satisfied its post-petition obligations as they come due and is up to date in the filing of their monthly operating reports through and including the June 2024 Report. The July and August reports are expected to be filed in the next week upon receipt of bank

1

statements. Debtor is up to date in the payment of their quarterly fees to the Office of the United States Trustee.

Debtor's financial problems started in or around July 17, 2016, with the death of Paul DeLyra, who was Charlotte Collaso's brother and had been a 50% shareholder of Pleasant Heights, Inc. at the time of his death. The 2008 Mortgage on the property was essentially a reverse mortgage tied to the death of Paul DeLyra. Once Mr. DeLyra passed away the note became due and payable. On January 10, 2017, the mortgage holder filed a foreclosure action in the Superior Court of New Jersey, Chancery Division, Sussex County (Docket #F-1072-17). On August 11, 2022, final judgment in a foreclosure was entered in the Superior Court.

On February 6, 2024, a Retention Application was filed for the Retention of Scott D. Sherman, Esq. as counsel for Debtor. On February 29, 2024, this court entered an order approving that retention (Attached as Exhibit "A"). This case was filed on February 6, 2024, as an emergency filing to stop a sheriff's sale that was scheduled for the following day. On February 26, 2024, the balance of Debtor's schedules were filed with the court. A 341 Meeting of Creditors and Initial Debtor Interview were both successfully conducted by the Office of the United States Trustee on March 4, 2024.

The ultimate goal of this Chapter 11 was to retain the property for the Collaso family so that Charlotte Collaso may continue to reside at the property at least for the next few years. Pleasant Heights is also exploring possibly having a family member purchase the property or other financing to keep the property in the family. If neither of those alternatives turns out not be successful, than Debtor would simply sell the property and payoff the liens on the property and any remaining creditors. The Collaso family is committed to the success of this plan and has

pledged monthly funding in the hope that the goal of the plan is met and the situation surrounding the Property is stabilized.

Debtor's primary 3 creditors are PHH Mortgage who is owed $562,366.18, who holds the mortgage on The Property; The Township of Fredon Tax Collector ("Fredon"), who is owed $11,043.40 for unpaid property taxes; The State of New Jersey Division of Taxation $10,005.38 for corporate business taxes. Debtor filed a Chapter 11 Small Business Plan on May 6, 2024 (Document #22 on the case docket). The goal from the outset was to reach agreements in order to pave the way towards a consensual plan. To that end Consent Orders were reached with PHH and Fredon regarding their respective treatment under the plan, both of which were entered by the court on September 5, 2024 (Documents #40 and #41 on the case docket). The plan, as modified by the respective consent orders, was confirmed by this court by Order entered on September 10, 2024 (Document #45 on the case docket). The Confirmation of Debtor's Plan is the manifestation of the cooperation between creditors counsel and debtor's counsel ultimately resulting in a confirmed plan that achieved the intended goal of this case which was to stabilize Debtor's financial situation and give Debtor the necessary time to try and save The Property which has been in the family for close to 70 years. The availability of both the Sub Chapter V Trustee and the Office of the United States Trustee to Debtor's counsel were invaluable in this regard.