**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856
ssherman@minionsherman.com

Order Filed on February 29, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

PLEASANT HEIGHTS, INC.

Debtor

Case No.: 24-11146

Judge: ~~TBD~~

Chapter: 11

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER AUTHORIZING RETENTION OF SCOTT D. SHERMAN

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: February 29, 2024

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | | | | | | |
|---|---|---|---|---|---|---|
| In re: | PLEASANT HEIGHTS, INC. | | | | | |
| Case No.: | 24-11146 | | | | | |
| Applicant: | PLEASANT HEIGHTS, INC. | | | | | |

(check all that apply) ☐ Trustee: ☐ Chap. 7    ☒ Chap. 11    ☐ Chap. 13.

☒ Debtor: ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:    Scott D. Sherman

Address of Professional:    MINION & SHERMAN

33 Clinton Road

Suite 105

West Caldwell, NJ 07006

☒ Attorney for (check all that apply):
  ☐ Trustee    ☒ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Other Professional:
  ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
  ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*