UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
MINION & SHERMAN
Attorneys at Law
33 Clinton Road, Suite 105
West Caldwell, New Jersey 07006
Phone: (973) 882-2424; telefax: (973) 882-0856
Email: ssherman@minionsherman.com
Scott D. Sherman
Attorneys for the Debtor(s)

| In Re: | Case No.: 24-11146 SLM |
|---|---|
|  | Chapter 13 |
| PLEASANT HEIGHTS, INC. |  |
| DEBTOR(S) | Judge: Stacey L. Meisel |

**ORDER POSTPONING CASE CLOSURE DATE THROUGH APRIL 25, 2025**

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

Page 2
Debtor: Pleasant Heights, Inc, Debtor(s)
Case no.: 24-11146 SLM
Caption of Order: **ORDER POSTPONING CASE CLOSURE DATE THROUGH APRIL 25, 2025**

_____

That the case closure date be postponed to April 25, 2025.